IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO - ALBUQUERQUE DIVISION

| | |
|---|---|
| Salvador Muniz Ruiz, | ) Judge Steven C. Yarbrough |
| Plaintiff, | ) |
| v. | ) 1:21-cv-01150-SCY-LF |
| | ) |
| Nelson Construction LLC and Jerry Nelson, | ) Judge Laura Fashing - Referral |
| | ) |
| Defendants. | ) |

**Notice of Voluntary Dismissal with Prejudice**

**Now comes** Plaintiff Salvador Muniz Ruiz, and hereby dismisses this case and Defendants Nelson Construction LLC and Jerry Nelson with prejudice.

s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (IL Bar # 6296265)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com; Jmdore70@sbcglobal.net